# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Nicole Levengood | : | |
| | : | |
| Debtor | : | Bankruptcy No. 23-10445-amc |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 2-16-23, this case is hereby DISMISSED.

**Date: March 6, 2023**

Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:

Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income and
Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2 –If Applicable –
Schedules AB,C,D, E/F, G, H, I, J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106

bfmisdoc